No. 654. EL PUEBLO, APELADO, *v.* PEÑA, APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de acometimiento y agresión graves. Resuelto en febrero 13, 1914. Confirmada la sentencia. Abogado del Pueblo:—*Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

No. 115. VÁZQUEZ, PETICIONARIO, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 1ª., en un procedimiento sumario hipotecario. Moción del peticionario desistiendo del recurso. Resuelto en febrero 16, 1914. Se tiene por desistido al peticionario. Abogado del peticionario: *Sr. Rafael López Landrón.* El demandado no compareció.

No. 656. EL PUEBLO, APELADO, *v.* PARRILLA, APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de acometimiento y agresión simples. Resuelto en febrero 18, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

No. 1107. PAZ, DEMANDANTE Y APELANTE, *v.* CEPEDA. DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de reivindicación. Moción del apelado para que se desestime la apelación. Resuelto en febrero 25, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del demandante: *Sr. Eugenio Benítez Castaño.* Abogado del demandado: *Sr. Emigdio S. Ginorio.*